IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EMPOWER HEALTHCARE**          **PLAINTIFF**
**SOLUTIONS, LLC**

vs.          NO. 4:21-CV-1016-JM

**BEACON HEALTH OPTIONS, INC.**          **DEFENDANT**

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Empower Healthcare Solutions, LLC, by and through its attorneys, Friday, Eldredge & Clark, LLP, and pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(i), hereby dismisses its Verified Complaint for Injunctive Relief and Damages (Doc. 1) and all claims therein against Defendant Beacon Health Options, Inc. in the above-captioned matter without prejudice. Plaintiff dismisses this case without prejudice after it was recently identified that this Court lacks subject-matter jurisdiction over this case because there is not complete diversity between the parties. This Notice of Dismissal is made prior to Defendant having filed a first responsive pleading to Plaintiff's Verified Complaint for Injunctive Relief and Damages.

Dated this 15th day of November, 2021.

Respectfully submitted,

FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR  72758
Office:  (479) 695-2118
Facsimile: (501) 244-5333
mney@fridayfirm.com
rgeorge@fridayfirm.com
pbrick@fridayfirm.com